UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS VAZQUEZ, *individually and on behalf of others similarly situated*,

      Plaintiff,

– *against* –

HAND HOSPITALITY LLC (D/B/A HAND HOSPITALITY), HER NAME IS HAN LLC (D/B/A HER NAME IS HAN), ON (D/B/A ON), MADANGSUI INC. (D/B/A MADANGSUI), KI HYUN LEE, JINYOUNG Y CHOI, and CHO DANG GOL LLC (D/B/A CHO DANG GOL),

      Defendants.

**ORDER**

20 Civ. 5328 (ER)

Ramos, D.J.:

   Plaintiff filed the instant suit on July 10, 2020.  Doc. 1.  Summonses were issued on July 14, 2020, Docs. 19–25, and Plaintiff filed affidavits of service on July 28, 2020, Docs. 26–31.  On November 12, 2020, Plaintiff filed an amended complaint and requested the issuance of amended summonses.  Docs. 34–41.  The amended summonses were issued on November 13, 2020.  Docs. 42–48.  On November 25, 2020 and December 8, 2020, Plaintiff filed affidavits of service, Docs. 49–54, but there has been no activity in this matter since then.  Accordingly, Plaintiff is directed to submit a status report by April 23, 2021.  Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 41.

   SO ORDERED.

Dated: April 9, 2021
    New York, New York

                        EDGARDO RAMOS, U.S.D.J.