**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JUAN CARLOS VAZQUEZ, *individually and on behalf of others similarly situated,*

                                  *Plantiff,*

           -against-

HAND HOSPITALITY LLC (D/B/A HAND HOSPITALITY), HER NAME IS HAN LLC (D/B/A HER NAME IS HAN), HAND 3535 LLC (D/B/A ON), MADANGSUI INC. (D/B/A MADANGSUI), KI HYUN LEE, and CHO DANG GOL LLC (D/B/A CHO DANG GOL),

                                  *Defendants*
---------------------------------------------------------X

**20-cv-05328**

**(PROPOSED)**
**ORDER TO SHOW CAUSE TO**
**OBTAIN DEFAULT JUDGEMENT**

## ORDER TO SHOW CAUSE

Upon the declaration of Michael Faillace, Esq. dated June 15, 2021 and attached exhibits, it is ORDERED:

That Defendants Hand Hospitality LLC (d/b/a Hand Hospitality), Her Name is Han LLC (d/b/a Her Name is Han), Hand 3535 LLC (d/b/a On), Madangsui Inc. (d/b/a Madangsui), Cho Dang Gol LLC (d/b/a Cho Dang Gol), and Ki Hyun Lee appear to show cause before a motion term of this Court, in Courtroom 619, United States Courthouse, 40 Foley Square, New York, County and State of New York, on _____, 2021 at _____ o'clock in the _____ thereof, or as soon thereafter as counsel may be heard, why a judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against those Defendants; and it is further

- 2 -

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before ___ o'clock in the ___ ___ on _____, 2021, by _____, shall be deemed good and sufficient service; and it is further

ORDERED that any opposition by Defendants be filed with this Court on or before __ o'clock in the _____ on _____, 2021; and it is further

ORDERED that any reply papers by Plaintiff be filed with this Court on or before __ o'clock in the _____ on _____, 2021;

The defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgement against them, in which event the defendants will have no trial;

The Plaintiff shall file proof of service of this Order to Show Cause by _____.

Dated: New York, New York

ISSUED: _____

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

To:

Hand Hospitality
38 W 32nd St, Ste 1400,
New York, New York 10001

Her Name is Han
17 E 31st St,
New York, NY 10016

Hand 3535 LLC
d/b/a On
110 Madison Ave,
New York, New York 10016

Madangsui
35 W 35th St,
New York, NY 10001

Cho Dang Gol
55 W 35th St,
New York, NY 10001