UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JUAN CARLOS VAZQUEZ, *individually and on behalf of others similarly situated,*

                         *Plaintiff*,            <u>20-cv-05328</u>

          - against -               **STATEMENT OF DAMAGES**

HAND HOSPITALITY LLC (D/B/A HAND HOSPITALITY), HER NAME IS HAN LLC (D/B/A HER NAME IS HAN), HAND 3535 LLC (D/B/A ON), MADANGSUI INC. (D/B/A MADANGSUI), KI HYUN LEE, and CHO DANG GOL LLC (D/B/A CHO DANG GOL),

                         *Defendants*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Total Unpaid Wages & Over Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $216,399.50

Liquidated Damages on Wages & Overtime …………………………………. $216,399.50

Unpaid Spread of Hours (SOH) Pay………………………………………………….. $13,834.50

Liquidated Damages on Unpaid Spread of Hours…………………………………. $13,834.50

Hiring Notice……………………………………………………………………………$5,000.00

Wage Statement………………………………………………………………………… $5,000.00

Pre-Judgment Interest at 9 % for Unpaid Wages and Spread of Hours Pay from

<u>September 1, 2015</u> through <u>June 11, 2021</u> for……………………………………. $72,333.09

Principal amount sued for ……………………………………………………………... **$542,801.10**

<u>Fees and Disbursements:</u>

Filing Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $400.00

Process Server Fee's (Secretary of State Service on Hand Hospitality LLC) . . . . . . . . . $77.00
Process Server Fee's (Secretary of State Service on Her Name is Han LLC)………….. $77.00
Process Server Fee's (Secretary of State Service on Madangsui Inc)…………………….$77.00
Process Server Fee's (Secretary of State Service on Cho Dang Gol)……………………$77.00
Process Server Fee's (for Individual Defendant)………………………………….…. $50.00
Process Server Fee's (Subpoena Served on Crystal Properties LLC)……………………. $204.00
Process Server Fee's (Hand 3535 LLC: Amended Complaint)………………………….. $77.00
Process Server Fee's (Hand Hospitality LLC: Amended Complaint)………………….. $77.00
Process Server Fee's (Madangsui Inc: Amended Complaint)…………………………….$77.00
Process Server Fee's (Cho Dang Gol LLC: Amended Complaint)………….……….$77.00
Process Server Fee's (Her Name is Han LLC: Amended Complaint)……………………$77.00
Process Server: DGR Due Diligent Inquiry: Address based on Phone Number………….$82.00
Process Server: Ki Hyun Lee Amended Complaint …………………………………...$79.60
Attorney's Fees……………………………………………………………………… $1,508.60

**Total Attorney's Fees and Cost's** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$7,426.10**

Grand Total (as of    June 11, 2021    ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ….. **$550,227.20**

## AFFIX AS EXHIBITS - COPY OF:
      **A. Damages Chart**
      **B. Attorney's Fees and Costs**

SDNY Web 5/99