**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JUAN CARLOS VAZQUEZ, *individually and*
*on behalf of others similarly situated,*

                          **20-cv-05328**

                        *Plaintiff,*

              -against-

HAND HOSPITALITY LLC (D/B/A HAND     **~~PROPOSED~~**
HOSPITALITY), HER NAME IS HAN LLC     **DEFAULT JUDGMENT**
(D/B/A HER NAME IS HAN), HAND 3535
LLC (D/B/A ON), MADANGSUI INC.
(D/B/A MADANGSUI), KI HYUN LEE, and
CHO DANG GOL LLC (D/B/A CHO DANG
GOL),

                        *Defendants*

---------------------------------------------------------X

On July 10, 2020, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Hand Hospitality LLC (d/b/a Hand Hospitality), Her Name is Han LLC (d/b/a Her Name is Han), Hand 3535 LLC (d/b/a On), Madangsui Inc. (d/b/a Madangsui), Cho Dang Gol LLC (d/b/a Cho Dang Gol), and Ki Hyun Lee, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment against Defendants Hand Hospitality LLC (d/b/a Hand Hospitality), Her Name is Han LLC (d/b/a Her Name is Han), Hand 3535 LLC (d/b/a On), Madangsui Inc. (d/b/a Madangsui), Cho Dang Gol LLC (d/b/a Cho Dang Gol), and Ki Hyun Lee,

in the amount of $542,801.10, including compensatory damages and permissible liquidated damages and prejudgment interest, plus post judgment interest as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded attorneys' fees and costs in the amount of $7,426.10

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED:   January 20   , 2022

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

To:

Hand Hospitality
38 W 32nd St, Ste 1400,
New York, New York 10001

Her Name is Han
17 E 31st St,
New York, NY 10016

Hand 3535 LLC
d/b/a On
110 Madison Ave,
New York, New York 10016

Madangsui
35 W 35th St,

New York, NY 10001

Cho Dang Gol
55 W 35th St,
New York, NY 10001

- 3 -